

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

ENTERED
12/06/2017

IN RE:  
Robert Leon Thomas, JR

CASE NO. 17−32781
CHAPTER 13

Debtor(s)

## ORDER TO DEPOSIT FUNDS INTO THE COURT REGISRY

The following motion is GRANTED:

*32* − Motion to Deposit Funds into the Court Registry Filed by Trustee David G Peake (Attachments: # 1 Proposed Order) (Peake, David)

These unclaimed funds may be deposited into the Registry of the Court:

Amount: $ 1,940.29
Owed to: Robert Leon Thomas, JR

Signed and Entered on Docket: 12/6/17.

by: <u>Kristy Love</u>
Deputy Clerk

This Order is signed for the Court by the Clerk under authority of 28 U.S.C. § 956 and General Order No. 2000−3.

United States Bankruptcy Court
Southern District of Texas

In re:  
Robert Leon Thomas, JR  
       Debtor

Case No. 17-32781-jb  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0541-4     User: klov     Page 1 of 1     Date Rcvd: Dec 06, 2017  
                    Form ID: odepfund     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2017.  
db          +Robert Leon Thomas, JR,   126 Water Bluff LN,   Richmond, TX 77406-2197

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                                 TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2017                                                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2017 at the address(es) listed below:  
           Anis  Damani    on behalf of Debtor Robert Leon Thomas, JR Anisdamani@yahoo.com,  
            damanilawfirm@gmail.com;anisdamanilaw@gmail.com  
           David G Peake    court@peakech13trustee.com  
           Thomas Frederick Jones, III    on behalf of Creditor    Wells Fargo Bank, National Association as  
            Trustee for Option One Mortgage Loan Trust 2006-3, Asset-Backed Certificates, Series 2006-3  
            fred.jones@tx.cslegal.com,  bkdept@tx.cslegal.com  
           US Trustee    USTPRegion07.HU.ECF@USDOJ.GOV  
                                                                                                                               TOTAL: 4